**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

---

**ENTREPRENEUR MEDIA, INC.,**

                **Plaintiff,**                **Case No. 2:21-cv-4162**
                                          **JUDGE EDMUND A. SARGUS, JR.**
**v.**                                    **Magistrate Judge Chelsey M. Vascura**

**BOXDROP, LLC, et al.,**

                **Defendants.**

---

**ENTREPRENEUR MEDIA, INC.,**

                                    **Case No. 2:21-cv-5868**
                                    **JUDGE EDMUND A. SARGUS, JR.**
                                    **Magistrate Judge Chelsey M. Vascura**

                **Plaintiff,**
**v.**

**RUGGED ENTREPRENEUR, LLC, et al.**

                **Defendants.**

---

## ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE

       This matter is before the Court on the Unopposed Motion to Consolidate filed by BoxDrop, LLC ("BoxDrop") and Carlton Scott Andrew ("Andrew") (collectively, "Defendants") in *Entrepreneur Media, Inc. v. BoxDrop LLC*, *et al.,* Case No. 2:21-cv-4162-EAS-CMV ("*Entrepreneur I*"). (*Entrepreneur I*, ECF No. 20.) Defendants request the Court to consolidate *Entrepreneur I* with *Entrepreneur Media, Inc. v. Rugged Entrepreneur, LLC, et al.,* Case No. 2:21-cv-5868-EAS-CMV ("*Entrepreneur II*"). The *Entrepreneur II* defendant, Retail Service Systems, Inc., joins Defendants in their request. (*Entrepreneur II*, ECF No. 52.)

The court agrees that a "common question of law and fact" between the two cases exists and that consolidation is otherwise proper. Thus, pursuant to Federal Rule of Civil Procedure 42(a), the Court **GRANTS** Defendants' Unopposed Motion to Consolidate. (*Entrepreneur I*, ECF No. 20.) The case schedule of *Entrepreneur I*, (ECF No. 16), shall control the consolidated action.

**IT IS SO ORDERED.**


**1/11/2022**                                             **s/Edmund A. Sargus, Jr.**
**DATE**                                                   **EDMUND A. SARGUS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**