UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ENTREPRENEUR MEDIA, INC.,

        Plaintiff,           Case No. 2:22-cv-2292
                                                JUDGE EDMUND A. SARGUS, JR.
v.                                 Magistrate Judge Chelsey M. Vascura

RUGGED ENTREPRENEUR, LLC, et al.,

        Defendants.

---

ENTREPRENEUR MEDIA, INC.,

        Plaintiff,           Case No. 2:22-cv-4162
                                                JUDGE EDMUND A. SARGUS, JR.
v.                                 Magistrate Judge Chelsey M. Vascura

BOXDROP, LLC, et al.,

        Defendants.

## ORDER

Upon consideration of defendants' Unopposed Motion to Consolidate Actions, this Court finds the Motion well taken and therefore ORDERS consolidation of *Entrepreneur Media, Inc. v. Rugged Entrepreneur, LLC, et al.*, Case No. 2:22-cv-02292-EAS-CMV (S.D. Ohio) ("*Entrepreneur III*") with *Entrepreneur Media, Inc. v. BoxDrop, LLC*, Case No. 2:21-cv-04162-EAS-CMV (S.D. Ohio) ("*Entrepreneur I*"). The case schedule issued in *Entrepreneur I* shall

control the consolidated action.

    **IT IS SO ORDERED.**


**10/28/2022**                         s/Edmund A. Sargus, Jr.
**DATE**                              **EDMUND A. SARGUS, JR.**
                                         **UNITED STATES DISTRICT JUDGE**